# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| DARRICK A. SHANNON, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-00787-DGK |
| HONEYWELL FEDERAL MANUFACTURING & TECHNOLOGIES, LLC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER FOR EXPEDITED BRIEFING ON DISCOVERY DISPUTE

Plaintiff contacted the Court about a discovery dispute between the parties and certified the parties have complied with Local Rule 37.1. Accordingly, the parties request a discovery dispute teleconference.

The request for a discovery dispute teleconference is taken under advisement. The Court ORDERS expedited briefing on the discovery issue. Plaintiff shall file a brief outlining the issue and legal authority supporting his position on or before July 13, 2018. Defendants shall file a brief in response on or before July 17, 2018. The briefs should not exceed five (5) pages and should pinpoint cite to relevant legal authority. Plaintiff may file a reply brief, on or before July 18, 2018. The reply brief should not exceed three (3) pages and should not raise any new arguments.

**IT IS SO ORDERED.**

Date: July 11, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT